Marguerite L. Nowell *v.* Ames Nowell

The motion by the plaintiff dated June 16, 1966, to dismiss the appeal from the Superior Court in Fairfield County is denied.

The motion by the plaintiff dated July 1, 1966, to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*William C. Strong* and *John J. Sullivan,* for the appellant (defendant).

Argued October 4—decided October 19, 1966

The motion by the defendant for review dated June 24, 1966, in the appeal from the Superior Court in Fairfield County is denied.

*John J. Sullivan,* in support of the motion.

Submitted July 9—decided October 19, 1966

The motion by the defendant for review dated July 6, 1966, in the appeal from the Superior Court in Fairfield County is denied.

*John J. Sullivan,* in support of the motion.

Submitted July 22—decided October 19, 1966

The motion by the defendant for review dated August 1, 1966, in the appeal from the Superior Court in Fairfield County is denied.

*John J. Sullivan,* in support of the motion.

Submitted August 16—decided October 19, 1966